## No. 10,308.

THE STATE OF LOUISIANA VS. CHARLES DAVIS, WASHINGTON FLETCHER
AND ALFRED ALIAS THE KID.

If the record contains neither a bill of exceptions, motion in arrest of judgment, assignment
of error or error patent on its face, the judgment appealed from will be affirmed.

APPEAL from the Criminal District Court, for the Parish of Orleans.
*Marr*, J.

---

*Walter H. Rogers*, Attorney General, for the State, Appellee.

---

*Lionel Adams* for Defendant and Appellant.

---

The opinion of the Court was delivered by

WATKINS, J. These several defendants were jointly indicted for the perpetration of a robbery, and Charles Davis and Alfred, *alias* the Kid, were tried and convicted, and sentenced to imprisonment at hard labor for a period of eighteen months.

The record does not contain anything for the consideration of the court, as we find neither a bill of exceptions, motion in arrest of judgment, or an assignment of error, and there are no errors apparent from an inspection of it, entitling the accused to relief at our hands *ex proprio motu*.

In such case the judgment appealed from will not be disturbed. State vs. Wise, 38 Ann. 684; State vs. Darrow, 39 Ann. 677.

Judgment affirmed.